IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATERFIELD ENTERPRISES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-347 (MN) |
| ZEPHYR MANAGEMENT, L.P., ZEPHYR WATERFIELD U.S. FUNDS, LLC, and ZEPHYR WEALTH, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Waterfield Enterprises, LLC respectfully moves this Court to extend the deadline for Defendants Zephyr Management, L.P., Zephyr Waterfield U.S. Funds, LLC, and Zephyr Wealth LLC to answer, move, or otherwise respond to the Complaint in this action until June 2, 2025. Defendants consent to the filing of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

J. Blake Hike
Michael Ross
Carrie Sheridan
CARSON LLP
301 West Jefferson Blvd., Suite 200
Fort Wayne, IN 46802
(260) 423-9411

/s/ Michael J. Flynn
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiff*

April 14, 2025